**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

JAKE MOSBY and                                                                                               PLAINTIFFS
FRANCES MARIE MOSBY

v.                                            No. 4:10MC00011 JLH

JOYCE WILLIAMS, Individually and
in her Official Capacity                                                                                      DEFENDANT

**ORDER**

In this miscellaneous case, the defendant has filed a motion to withdraw the reference pursuant to which the United States Bankruptcy Court for the Eastern and Western Districts of Arkansas presides over the case of Jake Mosby and Frances Marie Mosby v. Joyce Williams, A.P. Case No. 4:10-ap-01066. The plaintiffs have responded and stated that they have no objection to the motion to withdraw the reference. The motion is therefore granted. Document #1. The Court directs that the Clerk of the Bankruptcy Court forward to the Clerk of this Court all pleadings, motions, and other papers filed in A.P. Case No. 4:10-ap-01066, which will be filed as a civil case in this Court and assigned directly to the undersigned judge. This Order should also be made a docket entry in the new civil case.

The plaintiffs have also stated that they seek to dismiss this matter without prejudice or, alternatively, they request an additional ten days extension after the Court rules on their motion to dismiss within which to file the response to the motion for summary judgment. The defendant must respond to the request to the motion to dismiss on or before July 13, 2010. If defendant objects to the motion to dismiss, plaintiffs' reply will be due on or before July 20, 2010.

The motion for an extension of time within which to respond to the motion for summary judgment is granted. The response to the motion for summary judgment will be due ten days after the Court rules on the motion to dismiss.

IT IS SO ORDERED this 6th day of July, 2010.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE